**UNITED STATES of America, Plaintiff–Appellee**

v.

**Benedicto TORIBIO, Defendant–Appellant.**

No. 07–40785
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 24, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Benedicto Toribio, Bastrop, TX, pro se.

On Petition for Rehearing.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Benedicto Toribio is GRANTED leave to file an out-of-time petition for panel rehearing, his petition for panel rehearing is GRANTED, our prior panel opinion is WITHDRAWN, and this opinion is SUBSTITUTED therefor.

The Federal Public Defender appointed to represent Benedicto Toribio has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Toribio has filed a response. The record is insufficiently developed to allow consideration at this time of Toribio's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Toribio's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further re-

---

sponsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.